01523-480
FID: 104930/2

RECEIVED
U.S. MARSHALS SERVICE
2018 JAN 25 PM 1:50
WESTERN DISTRICT/TEXAS
AUSTIN DIVISION

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>Mark D. Brown<br>DOB: 01/19/19XX<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-M-56 |

2018 FEB 14 PM 3:17 FILED
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Mark D. BROWN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached "Affidavit"

Date: 01/25/2018

_____
_Issuing officer's signature_

City and state: Austin, Texas

Andrew Austin, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 1-25-18 , and the person was arrested on _(date)_ 2-14-2018
at _(city and state)_ Austin, TX .

Date: 2-14-2018

_____
_Arresting officer's signature_

DANIEL MUELLER   ATF Agent
_Printed name and title_